UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| KANWALDEEP SINGH KALSI, | Case No. 20-10330 (MG) |
| Debtor. | |
| Namrita Purewal, | |
| Plaintiff, | Adv. Pro. No. 21-01159 (MG) |
| v. | |
| Estate of Kanwaldeep Kalsi, The Trustee of the Estate of Kanwaldeep Kalsi, Kanwaldeep Kalsi, | |
| Defendants. | |

## ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

For the reasons stated on the record at the hearing held on July 8, 2021, on the Plaintiff's application for a temporary restraining order or preliminary injunction (Adv. Proc. 21-01159, ECF Doc. # 4), the application is **DENIED**, and it is hereby,

ORDERED, that the plaintiff's name in the caption of Adv. Pro. No. 21-01159 will be modified to Namrita Purewal.

**IT IS SO ORDERED.**

Dated: July 8, 2021
      New York, New York

                                             **/s/ Martin Glenn**
                                                MARTIN GLENN
                                    United States Bankruptcy Judge